Laura Marcela Pignataro, Ch. 11 Subchapter V Case No.: 22-22276-shl
**CLOSING STATEMENT**

**PREMISES:**                **20 Kings Ferry Road, Montrose, NY**
**CLOSING DATE:**         **August 15, 2024 @ 2:00 pm**
**CLOSING LOCATION:**   **The McCarthy Law Firm, PC**

**Parties to Transaction:**
| | |
|---|---|
| Purchaser | Sean Cavaliere |
| Purchaser's Attorney | Daniel F. McCarthy, Esq. |
| Seller | Frank Pignataro Jr., and Laura Marcela Pignataro a/k/a Marcela Pignataro a/k/a Laura Molina |
| Seller/Bankruptcy Atty | Anne Penachio, Esq. |
| Title Company | Flatiron Abstract, LLC, by Peter |

<u>Seller Credits:</u>
| | |
|---|---:|
| Purchase Price | $ 410,000.00 |
| Town Tax ($3,929.10; $10.76 p/d)(139 days – 8/15 – 12/31/2024) | 1,495.64 |
| Total Due | **$ 411,495.64** |

<u>Purchaser Credits:</u>
| | |
|---|---:|
| Bid Deposit Funds - Down Payment (Purchaser wired to Maltz, and Maltz wired to Penachio Malara LLP) | $ 41,000.00* |
| School Tax ($6,761.19; $18.52 p/d)(45 days – 7/1 – 8/15/2024) | 833.40 |
| Total Credits | **( 41,833.40)** |
| **BALANCE DUE TO SELLER AT CLOSING** | **$ 369,662.24** |

*Purchaser deposited additional funds in the amount of $24,600.00 to be applied to 6% Buyer's Premium

**CHECK REQUESTS/PAID AS FOLLOWS:**

| | |
|---|---:|
| **Selene Finance LP** | **$ 132,511.54**\** |
| **United Capital Services LLC** | **$ 237,150.70**\** |

**\**By Official Cashier Bank Check**

**Additional Purchaser Charges:**

| | |
|---|---:|
| **Maltz Auctions (6% Buyer's Premium)** | **$ 24,600.00**\*** |
| **Flatiron Abstract LLC** | **$ 13,144.10** |

**\***To be paid from funds in escrow with Penachio Malara LLP.**