**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
In re:

Laura Marcela Pignataro

Chapter 11 (Subchapter V)
CASE NO: 22-22276 (SHL)

Debtor
----------------------------------------------------------X

## <u>Chapter 11 Subchapter V Trustee's Report of No Distribution</u>

I, Samuel Dawidowicz, having been appointed trustee of the estate of the above-named debtor, report I collected funds totaling: $0.00. On September 26, 2024 the case was converted to Chapter 7 with no plan confirmed and no plan payments made to the trustee. Pursuant to 11 U.S.C. § 330(a), on December 7, 2023 the Court ordered interim compensation of $10,355.00 be awarded to the trustee. These funds have been paid by the debtor to the trustee. Pursuant to 11 U.S.C. § 330(a), on August 1, 2024 the Court ordered final compensation and expenses of $7,048.38 be awarded to the trustee. These funds have not been paid by the debtor to the trustee. I hereby certify that the estate of the above-named debtor has been fully administered through the date of the conversion. I request that I be discharged from any further duties as trustee.

Date: October 8, 2024                    By: <u>/s/ Samuel Dawidowicz</u>
                                                      Trustee