**Fill in this information to identify the case:**

Debtor Name: Laura Marcela Pignataro

United States Bankruptcy Court for the: Southern District of New York

Case number: 22-22276

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11  12/17

Month: Januray 2024

Date report filed: 10/14/2024
MM / DD / YYYY

Line of business: Small Business

NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Laura Marcela Pignataro

Original signature of responsible party: /S/Laura Marcela Pignataro

Printed name of responsible party: Laura Marcela Pignataro

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☑ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☑ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name Laura Marcela Pignataro    Case number 22-22276

17. Have you paid any bills you owed before you filed bankruptcy?   ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐ ☐ ☑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 30,636.13

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 0.00

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    − $ 16,445.06

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 16,445.06

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ 14,181.07

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**   $ _____

    *(Exhibit E)*

Debtor Name Laura Marcela Pignataro  Case number 22-22276

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ 0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? 0
27. What is the number of employees as of the date of this monthly report? 0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 0.00
30. How much have you paid this month in other professional fees? $ 0.00
31. How much have you paid in total other professional fees since filing the case? $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|   | Column A **Projected** Copy lines 35-37 from the previous month's report. | − | Column B **Actual** Copy lines 20-22 of this report. | = | Column C **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ ___ | − | $ ___ | = | $ ___ |
| 33. **Cash disbursements** | $ ___ | − | $ 16,445.06 | = | $ ___ |
| 34. **Net cash flow** | $ ___ | − | $ ___ | = | $ ___ |

35. Total projected cash receipts for the next month: $ ___
36. Total projected cash disbursements for the next month: − $ ___
37. Total projected net cash flow for the next month: = $ ___

Debtor Name Laura Marcela Pignataro    Case number 22-22276

# 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☐ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- ☐ 39. Bank reconciliation reports for each account.

- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- ☐ 41. Budget, projection, or forecast reports.

- ☐ 42. Project, job costing, or work-in-progress reports.



Statement Period
From January   01, 2024
To   January   31, 2024
Page    1 of    6

PRIVATE CLIENT GROUP 333
75 HOLLY HILL LANE
GREENWICH, CT 06830

LAURA MARCELA PIGNATARO                          9-333
DEBTOR IN POSSESSION
CASE # 22 22276 SHL
7 WATCH HILL RD
CROTON HUDSON NY  10520          999           See Back for Important Information

Primary Account: ███████████   1

IMPORTANT NOTICE: AS PREVIOUSLY COMMUNICATED, EFFECTIVE AS OF
FEBRUARY 2, 2024, THE BANK HAS UPDATED ITS ACCOUNT AGREEMENT AND DISCLOSURES
("ACCOUNT AGREEMENT"), PRODUCT TERMS AND CONDITIONS ("PRODUCT TERMS"), AND
SCHEDULE OF FEES AND SERVICE CHARGES ("FEE SCHEDULE"; AND TOGETHER WITH THE
ACCOUNT AGREEMENT AND PRODUCT TERMS, "ACCOUNT DOCUMENTATION") FOR BOTH
PERSONAL AND BUSINESS CLIENTS.

THE UPDATED ACCOUNT DOCUMENTATION WILL GOVERN YOUR USE OF YOUR ACCOUNT(S)
AND SERVICE(S), AND WILL REPLACE ALL PRIOR ACCOUNT DOCUMENTATION IN EFFECT
PRIOR TO FEBRUARY 2, 2024. YOUR CONTINUED USE OF YOUR ACCOUNT(S) AND
SERVICE(S) WILL BE YOUR ACCEPTANCE OF THE UPDATED TERMS OF THE ACCOUNT
DOCUMENTATION.

ON OR AFTER JANUARY 2, 2024, PLEASE VISIT
HTTPS://WWW.FLAGSTAR.COM/COMMERCIAL/COMMERCIAL-AND-PRIVATE-BANKING/
AGREEMENTS-AND-DISCLOSURES.HTML TO VIEW THE UPDATED ACCOUNT DOCUMENTATION,
OR PLEASE CONTACT YOUR PRIVATE CLIENT GROUP OR VISIT A BANK FINANCIAL CENTER
TO REQUEST A COPY OF THE UPDATED ACCOUNT DOCUMENTATION.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ███████  BANKRUPTCY CHECKING | 30,636.13 | 14,027.46 |
| RELATIONSHIP        TOTAL | | 14,027.46 |



PRIVATE CLIENT GROUP 333
75 HOLLY HILL LANE
GREENWICH, CT 06830

LAURA MARCELA PIGNATARO                9-333
DEBTOR IN POSSESSION
CASE # 22 22276 SHL
7 WATCH HILL RD
CROTON HUDSON NY  10520         999         See Back for Important Information

Primary Account: ███████       1

BANKRUPTCY CHECKING     ███████

## Summary

| | |
|---|---:|
| Previous Balance as of January   01, 2024 | 30,636.13 |
| 41 Debits | 16,608.67 |
| Ending Balance as of   January   31, 2024 | 14,027.46 |

## Withdrawals and Other Debits

| Date | Description | Amount |
|---|---|---:|
| Jan 02 | DEBIT CARD PURCHASE<br>ON 01/02 AT VAN WYCK LIQUORS     CROTON ON HU    NY<br>*************2699 | 21.66 |
| Jan 02 | DEBIT CARD PURCHASE<br>ON 01/02 AT MONTROSE SNACK S     MONTROSE        NY<br>*************2699 | 23.13 |
| Jan 02 | DEBIT CARD PURCHASE<br>ON 01/02 AT BP 9330333CROTO      CROTON ON HUD   NY<br>*************2699 | 49.27 |
| Jan 02 | DEBIT CARD PURCHASE<br>ON 01/02 AT AMAZON COM ET2712G43 SEATTLE         WA<br>*************2699 | 80.88 |
| Jan 02 | POS PURCHASE<br>ON 01/02 AT FOODTOWN 606            CROTON ON  HU   NY<br>*************2699 | 93.11 |
| Jan 03 | DEBIT CARD PURCHASE<br>ON 01/03 AT APPLE COM BILL       866 712 7753    CA<br>*************2699 | 2.16 |
| Jan 03 | DEBIT CARD PURCHASE<br>ON 01/03 AT APPLE COM BILL       866 712 7753    CA<br>*************2699 | 7.58 |
| Jan 03 | DEBIT CARD PURCHASE<br>ON 01/03 AT PUBLIC STORAGE 10600 800 567 0759    CA<br>*************2699 | 273.00 |
| Jan 04 | POS PURCHASE<br>ON 01/04 AT FOODTOWN 606            CROTON ON  HU   NY | 90.87 |



Statement Period
From January  01, 2024
To   January  31, 2024
Page     3 of     6

PRIVATE CLIENT GROUP 333
75 HOLLY HILL LANE
GREENWICH, CT 06830

LAURA MARCELA PIGNATARO                9-333
DEBTOR IN POSSESSION
CASE # 22 22276 SHL
7 WATCH HILL RD
CROTON HUDSON NY  10520         999            See Back for Important Information

Primary Account:                      1

| Date | Description | Amount |
|---|---|---|
| | ************2699 | |
| Jan 04 | DEBIT CARD PURCHASE | 107.00 |
| | ON 01/04 AT AMAZON COM TK04E5M80     SEATTLE       WA | |
| | ************2699 | |
| Jan 04 | AUTOMATED PAYMENT    ck/ref no.   8237070 | 100.00 |
| | VENMO            PAYMENT      1031692373509 | |
| Jan 05 | DEBIT CARD PURCHASE | 25.47 |
| | ON 01/05 AT ROW 13 WINES        CROTON ON HU    NY | |
| | ************2699 | |
| Jan 05 | POS PURCHASE | 106.09 |
| | ON 01/05 AT FOODTOWN 606        CROTON ON  HU   NY | |
| | ************2699 | |
| Jan 08 | DEBIT CARD PURCHASE | 14.62 |
| | ON 01/08 AT AMAZON COM TK2Y40S82     SEATTLE       WA | |
| | ************2699 | |
| Jan 08 | POS PURCHASE | 47.98 |
| | ON 01/08 AT CVS PHARMACY  05058     CROTON ON HUD   NY | |
| | ************2699 | |
| Jan 08 | DEBIT CARD PURCHASE | 88.64 |
| | ON 01/08 AT UBER   EATS         SAN FRANCISCO  CA | |
| | ************2699 | |
| Jan 08 | DEBIT CARD PURCHASE | 204.83 |
| | ON 01/08 AT AMAZON COM TK7DN1PL1     SEATTLE       WA | |
| | ************2699 | |
| Jan 12 | DEBIT CARD PURCHASE | 2.99 |
| | ON 01/12 AT APPLE COM BILL      866 712 7753   CA | |
| | ************2699 | |
| Jan 12 | DEBIT CARD PURCHASE | 7.58 |
| | ON 01/12 AT AMAZON COM RT93W1IE0     SEATTLE       WA | |
| | ************2699 | |
| Jan 12 | DEBIT CARD PURCHASE | 43.30 |
| | ON 01/12 AT CROTON GAS STAT     CROTON ON HU    NY | |
| | ************2699 | |
| Jan 12 | POS PURCHASE | 51.24 |
| | ON 01/12 AT CVS PHARMACY  05058     CROTON ON HUD   NY | |
| | ************2699 | |
| Jan 16 | DEBIT CARD PURCHASE | 28.50 |
| | ON 01/16 AT WHITE PLAINS NY ENFORC     TUSTIN       CA | |
| | ************2699 | |



PRIVATE CLIENT GROUP 333
75 HOLLY HILL LANE
GREENWICH, CT 06830

LAURA MARCELA PIGNATARO            9-333
DEBTOR IN POSSESSION
CASE # 22 22276 SHL
7 WATCH HILL RD
CROTON HUDSON NY  10520        999           See Back for Important Information

Primary Account: ▓▓▓▓▓▓      1

| Date | Description | Amount |
|---|---|---|
| Jan 16 | DEBIT CARD PURCHASE ON 01/16 AT AVELLINO S          MONTROSE       NY  ************2699 | 28.51 |
| Jan 16 | DEBIT CARD PURCHASE ON 01/16 AT FOODTOWN 606        CROTON ON  HU  NY  ************2699 | 137.47 |
| Jan 17 | NON-US DEBIT CARD PURC ON 01/17 AT DHGATE COM        20240116 125    GBR ************2699 | 17.18 |
| Jan 18 | DEBIT CARD PURCHASE ON 01/18 AT APPLE COM BILL    866 712 7753    CA  ************2699 | 7.58 |
| Jan 19 | DEBIT CARD PURCHASE ON 01/19 AT CROTON GAS STAT     CROTON ON HU   NY  ************2699 | 24.24 |
| Jan 22 | DEBIT CARD PURCHASE ON 01/22 AT CVS PHARMACY  05058  CROTON ON HUD  NY  ************2699 | 33.61 |
| Jan 22 | DEBIT CARD PURCHASE ON 01/22 AT OCEAN STATE 503     FISHKILL       NY  ************2699 | 62.07 |
| Jan 22 | POS PURCHASE ON 01/22 AT DOLLAR GENERAL  12866    PEEKSKILL      NY  ************2699 | 63.17 |
| Jan 22 | DEBIT CARD PURCHASE ON 01/22 AT UBER    EATS        SAN FRANCISCO  CA  ************2699 | 65.98 |
| Jan 22 | DEBIT CARD PURCHASE ON 01/22 AT US LIABILITYINSURANCE  866 632 2003    PA  ************2699 | 750.80 |
| Jan 23 | DEBIT CARD PURCHASE ON 01/23 AT SUNOCO 02260099     CROTON ON HUD  NY  ************2699 | 43.05 |
| Jan 29 | DEBIT CARD PURCHASE ON 01/29 AT APPLE COM BILL    866 712 7753    CA  ************2699 | 2.16 |
| Jan 29 | DEBIT CARD PURCHASE ON 01/29 AT CROTON GAS STAT     CROTON ON HU   NY  ************2699 | 11.17 |



PRIVATE CLIENT GROUP 333
75 HOLLY HILL LANE
GREENWICH, CT 06830

LAURA MARCELA PIGNATARO                9-333
DEBTOR IN POSSESSION
CASE # 22 22276 SHL
7 WATCH HILL RD
CROTON HUDSON NY  10520        999               See Back for Important Information

Primary Account: ▆▆▆▆▆▆▆▆       1

| | | | |
|---|---|---|---|
| Jan 29 | DEBIT CARD PURCHASE | | 46.98 |
| | ON 01/29 AT UBER   EATS         8005928996      CA | | |
| | ************2699 | | |
| Jan 29 | DEBIT CARD PURCHASE | | 87.52 |
| | ON 01/29 AT AMAZON COM R07T24PB1    SEATTLE      WA | | |
| | ************2699 | | |
| Jan 31 | OUTGOING WIRE XFER | | 10,355.00 |
| | REF#  20240131B6B7261F003518 | | |
| | TO:   SAMUEL DAWIDOWICZ           ABA:   021000089 | | |
| | BANK: CITIBANK NYC                ACCT# 95301075 | | |
| Jan 31 | DEBIT CARD PURCHASE | | 139.98 |
| | ON 01/31 AT OMAHA STEAKS INC      OMAHA         NE | | |
| | ************2699 | | |
| Jan 31 | AUTOMATED PAYMENT      ck/ref no.   1004400 | | 3,132.30 |
| | PENACHIO MALARA    ECHECK       000000005368746 | | |

Checks by Serial Number
 Jan 05       1001                130.00

Daily Balances
| | | | | |
|---|---|---|---|---|
| Dec 31 | 30,636.13 | | Jan 17 | 28,853.07 |
| Jan 02 | 30,368.08 | | Jan 18 | 28,845.49 |
| Jan 03 | 30,085.34 | | Jan 19 | 28,821.25 |
| Jan 04 | 29,787.47 | | Jan 22 | 27,845.62 |
| Jan 05 | 29,525.91 | | Jan 23 | 27,802.57 |
| Jan 08 | 29,169.84 | | Jan 29 | 27,654.74 |
| Jan 12 | 29,064.73 | | Jan 31 | 14,027.46 |
| Jan 16 | 28,870.25 | | | |

```
*************************************************************************
*                          *   Total for This  *    Total            *
*                          *       Period      *   Year-to-date      *
*************************************************************************
* Total Overdraft Fees     *              .00  *              .00    *
*************************************************************************
* Total Returned Item Fees *              .00  *              .00    *
*************************************************************************
```



```
                                                       Statement Period
                                                      From January   01, 2024
                                                      To   January   31, 2024
                                                      Page     6 of      6

                                                      PRIVATE CLIENT GROUP 333
                                                      75 HOLLY HILL LANE
                                                      GREENWICH, CT 06830


     LAURA MARCELA PIGNATARO                 9-333
     DEBTOR IN POSSESSION
     CASE # 22 22276 SHL
     7 WATCH HILL RD
     CROTON HUDSON NY  10520        999              See Back for Important Information


                                             Primary Account:▇▇▇▇▇▇▇▇         1
***********************************************************************
*                         *   Total for Prior Year                    *
***********************************************************************
* Total Overdraft Fees    *                                    .00    *
***********************************************************************
* Total Returned Item Fees *                                   .00    *
***********************************************************************
```

Jan-24

starting balance $ 30,636.13

| Paychecks |
|---|
|  |
|  |
|  |
|  |
|  |
|  |
| 0 |

| | | |
|---|---|---:|
| Gas | $ | 159.86 |
| Groceries | $ | 427.54 |
| Food | $ | 444.43 |
| Clothing | $ | 205.06 |
| Medication/CVS | $ | 99.22 |
| Misc | $ | 405.12 |
| Alcohol/Tobacco | $ | 70.26 |
| Payment to Trustee Sam Dawidowi | $ | 10,355.00 |
| 20 kings ferry insurance payment | $ | 750.80 |
| Vehicle Insurance | | |
| Storage Unit | $ | 273.00 |
| Payment to Anne Penachio | $ | 3,132.30 |
| Venmo | $ | 100.00 |
| Apple | $ | 22.47 |
| | $ | 16,445.06 |