**Fill in this information to identify the case:**

Debtor Name: Laura Marcela Pignataro

United States Bankruptcy Court for the: Southern District of New York

Case number: 22-22276

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: February 2024　　　Date report filed: 10/14/2024 (MM / DD / YYYY)

Line of business: Small Business　　　NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Laura Marcela Pignataro

Original signature of responsible party: /S/Laura Marcela Pignataro

Printed name of responsible party: Laura Marcela Pignataro

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☑ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☑ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Laura Marcela Pignataro    Case number 22-22276

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☐ ☑

### 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 14,027.46

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ 4,033.73

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    − $ 9,103.37

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 5,069.64

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ _____

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

### 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ _____

    *(Exhibit E)*

Debtor Name Laura Marcela Pignataro    Case number 22-22276

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**    $ _____ 0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?    _____ 0
27. What is the number of employees as of the date of this monthly report?    _____ 0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ _____ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ _____ 0.00
30. How much have you paid this month in other professional fees?    $ _____ 0.00
31. How much have you paid in total other professional fees since filing the case?    $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. |  | Column B<br>**Actual**<br>Copy lines 20-22 of this report. |  | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ _____ | − | $ 4,033.73 | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ 9,103.37 | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:    $ _____
36. Total projected cash disbursements for the next month:    − $ _____
37. Total projected net cash flow for the next month:    = $ _____

Debtor Name Laura Marcela Pignataro    Case number 22-22276

# 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☐ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☐ 39. Bank reconciliation reports for each account.
- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☐ 41. Budget, projection, or forecast reports.
- ☐ 42. Project, job costing, or work-in-progress reports.



Statement Period
From February 01, 2024
To February 29, 2024
Page 1 of 6

PRIVATE CLIENT GROUP 333
75 HOLLY HILL LANE
GREENWICH, CT 06830

LAURA MARCELA PIGNATARO          8-333
DEBTOR IN POSSESSION
CASE # 22 22276 SHL
7 WATCH HILL RD
CROTON HUDSON NY  10520      999        See Back for Important Information

Primary Account: ▇▇▇▇▇▇▇▇   0

PROTECT YOURSELF FROM IDENTITY THEFT: FLAGSTAR BANK, N.A. WILL NEVER ASK YOU
TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH E-MAIL OR TEXT.
IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME FROM
FLAGSTAR BANK, N.A., DO NOT PROVIDE PERSONAL INFORMATION OR CLICK ON ANY
LINKS INCLUDED. INSTEAD, CALL US TOLL-FREE AT 1-866-744-5463 OR CONTACT YOUR
ACCOUNT OFFICER. WITH IDENTITY THEFT BECOMING MORE AND MORE COMMON,
AWARENESS IS KEY. EQUIP YOURSELF WITH CRUCIAL TIPS TO FORTIFY YOUR SECURITY
AND SAFEGUARD YOUR IDENTITY.
GUARD PERSONAL INFORMATION: DO NOT GIVE YOUR PERSONAL INFORMATION OVER THE
PHONE. BE CAUTIOUS WITH SHARING SENSITIVE DETAILS ONLINE OR OFFLINE.
AVOID SHARING PERSONAL INFORMATION LIKE SOCIAL SECURITY NUMBERS, PASSWORDS,
AND FINANCIAL DATA.
SECURE DIGITAL PRACTICES: DO NOT LET OTHERS REMOTELY ACCESS YOUR COMPUTER.
REGULARLY UPDATE PASSWORDS, AND USE STRONG, UNIQUE COMBINATIONS FOR
DIFFERENT ACCOUNTS. TAKE ADVANTAGE OF MULTI-FACTOR AUTHENTICATION OPTIONS
WHEN AVAILABLE.
MONITOR FINANCIAL ACTIVITY: DO NOT SEND MONEY TO PEOPLE YOU DON'T KNOW.
ROUTINELY REVIEW YOUR BANK STATEMENTS, CREDIT REPORTS, AND OTHER FINANCIAL
RECORDS.

| **Signature Relationship Summary** | | **Opening Bal.** | **Closing Bal.** |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ▇▇▇▇▇▇▇ | BANKRUPTCY CHECKING | 14,027.46 | 8,957.82 |
| | RELATIONSHIP   TOTAL | | 8,957.82 |



PRIVATE CLIENT GROUP 333
75 HOLLY HILL LANE
GREENWICH, CT 06830

LAURA MARCELA PIGNATARO          8-333
DEBTOR IN POSSESSION
CASE # 22 22276 SHL
7 WATCH HILL RD
CROTON HUDSON NY  10520      999          See Back for Important Information

Primary Account: ▇▇▇▇▇▇▇      0

BANKRUPTCY CHECKING   ▇▇▇▇▇▇▇

## Summary

| | |
|---|---:|
| Previous Balance as of February 01, 2024 | 14,027.46 |
| 7 Credits | 4,033.73 |
| 43 Debits | 9,103.37 |
| Ending Balance as of February 29, 2024 | 8,957.82 |

## Deposits and Other Credits

| | | |
|---|---|---:|
| Feb 13 | MOBILE DEPOSIT | 546.46 |
| Feb 13 | MOBILE DEPOSIT | 563.20 |
| Feb 13 | MOBILE DEPOSIT | 566.55 |
| Feb 13 | MOBILE DEPOSIT | 575.78 |
| Feb 13 | MOBILE DEPOSIT | 576.57 |
| Feb 13 | MOBILE DEPOSIT | 599.25 |
| Feb 13 | MOBILE DEPOSIT | 605.92 |

## Withdrawals and Other Debits

| | | |
|---|---|---:|
| Feb 01 | DEBIT CARD PURCHASE<br>ON 02/01 AT ROW 13 WINES     CROTON ON HU    NY<br>************2699 | 26.82 |
| Feb 01 | AUTOMATED PAYMENT   ck/ref no.   1171056<br>PENACHIO MALARA    ECHECK       000000005370048 | 6,867.70 |
| Feb 02 | DEBIT CARD PURCHASE<br>ON 02/02 AT STAPLES 0056        ELMSFORD       NY<br>************2699 | 85.50 |
| Feb 05 | DEBIT CARD PURCHASE<br>ON 02/05 AT CITY OF WHITE PLAINS N    CHARLOTTE       NC<br>************2699 | 1.70 |
| Feb 05 | DEBIT CARD PURCHASE<br>ON 02/05 AT CITY OF WHITE PLAINS N    CHARLOTTE       NC<br>************2699 | 1.70 |
| Feb 05 | DEBIT CARD PURCHASE<br>ON 02/05 AT VILLAGE OF CROTON ON H    CROTON HDSN     NY | 3.00 |



PRIVATE CLIENT GROUP 333
75 HOLLY HILL LANE
GREENWICH, CT 06830

LAURA MARCELA PIGNATARO  8-333
DEBTOR IN POSSESSION
CASE # 22 22276 SHL
7 WATCH HILL RD
CROTON HUDSON NY  10520   999    See Back for Important Information

Primary Account: ███████  0

| Date | Description | Amount |
|---|---|---|
| | *************2699 | |
| Feb 05 | DEBIT CARD PURCHASE<br>ON 02/05 AT WAL WAL MART STORE 000    MOHEGAN LAKE    NY | 31.49 |
| | *************2699 | |
| Feb 05 | DEBIT CARD PURCHASE<br>ON 02/05 AT AMAZON COM RB4BB10I0      SEATTLE         WA | 38.61 |
| | *************2699 | |
| Feb 05 | DEBIT CARD PURCHASE<br>ON 02/05 AT BARNESNOBLE              OHEGAN LAKE     NY | 59.53 |
| | *************2699 | |
| Feb 05 | DEBIT CARD PURCHASE<br>ON 02/05 AT ACME 2418                 MOHEGAN LAKE    NY | 66.00 |
| | *************2699 | |
| Feb 05 | DEBIT CARD PURCHASE<br>ON 02/05 AT TARGET T  195 N BEDFOR    MOUNT KISCO     NY | 92.33 |
| | *************2699 | |
| Feb 05 | DEBIT CARD PURCHASE<br>ON 02/05 AT PUBLIC STORAGE 10600     800 567 0759    CA | 269.03 |
| | *************2699 | |
| Feb 06 | DEBIT CARD PURCHASE<br>ON 02/06 AT BURGER KING  825   Q07    MOUNT KISCO     NY | 29.87 |
| | *************2699 | |
| Feb 07 | DEBIT CARD PURCHASE<br>ON 02/07 AT CVS PHARMACY   05058      CROTON ON HUD   NY | 31.48 |
| | *************2699 | |
| Feb 07 | DEBIT CARD PURCHASE<br>ON 02/07 AT CVS PHARMACY   05058      CROTON ON HUD   NY | 44.37 |
| | *************2699 | |
| Feb 08 | DEBIT CARD PURCHASE<br>ON 02/08 AT AMAZON COM RB31B51I2      SEATTLE         WA | 23.83 |
| | *************2699 | |
| Feb 08 | DEBIT CARD PURCHASE<br>ON 02/08 AT BP 9330333CROTO           CROTON ON HUD   NY | 36.35 |
| | *************2699 | |
| Feb 08 | DEBIT CARD PURCHASE<br>ON 02/08 AT FOODTOWN 606              CROTON ON  HU   NY | 90.85 |
| | *************2699 | |
| Feb 12 | DEBIT CARD PURCHASE<br>ON 02/12 AT APPLE COM BILL            866 712 7753    CA | 2.99 |



PRIVATE CLIENT GROUP 333
75 HOLLY HILL LANE
GREENWICH, CT 06830

LAURA MARCELA PIGNATARO 8-333
DEBTOR IN POSSESSION
CASE # 22 22276 SHL
7 WATCH HILL RD
CROTON HUDSON NY 10520 999      See Back for Important Information

Primary Account: ▮▮▮▮▮  0

| Date | Description | | | Amount |
|---|---|---|---|---|
| | ************2699 | | | |
| Feb 12 | DEBIT CARD PURCHASE | | | 42.66 |
| | ON 02/12 AT AMAZON COM RB7OT7TS1 | SEATTLE | WA | |
| | ************2699 | | | |
| Feb 12 | DEBIT CARD PURCHASE | | | 67.12 |
| | ON 02/12 AT UBER   EATS | SAN FRANCISCO | CA | |
| | ************2699 | | | |
| Feb 12 | POS PURCHASE | | | 119.36 |
| | ON 02/12 AT FOODTOWN 606 | CROTON ON HU | NY | |
| | ************2699 | | | |
| Feb 13 | DEBIT CARD PURCHASE | | | 7.14 |
| | ON 02/13 AT OPC INS SERVICE FEE 02 | ELKHORN | NE | |
| | ************2699 | | | |
| Feb 13 | DEBIT CARD PURCHASE | | | 238.00 |
| | ON 02/13 AT OPC INTEGON NATL INS C | BETHPAGE | NY | |
| | ************2699 | | | |
| Feb 14 | DEBIT CARD PURCHASE | | | 24.24 |
| | ON 02/14 AT BP 9330333CROTO | CROTON ON HUD | NY | |
| | ************2699 | | | |
| Feb 16 | DEBIT CARD PURCHASE | | | 22.76 |
| | ON 02/16 AT ROW 13 WINES | CROTON ON HU | NY | |
| | ************2699 | | | |
| Feb 16 | DEBIT CARD PURCHASE | | | 30.01 |
| | ON 02/16 AT SMOKE TOBACCO CIGAR | CROTON ON HUD | NY | |
| | ************2699 | | | |
| Feb 20 | DEBIT CARD PURCHASE | | | 7.58 |
| | ON 02/20 AT APPLE COM BILL | 866 712 7753 | CA | |
| | ************2699 | | | |
| Feb 20 | DEBIT CARD PURCHASE | | | 25.09 |
| | ON 02/20 AT UBER   EATS | SAN FRANCISCO | CA | |
| | ************2699 | | | |
| Feb 20 | DEBIT CARD PURCHASE | | | 50.31 |
| | ON 02/20 AT UBER   EATS | SAN FRANCISCO | CA | |
| | ************2699 | | | |
| Feb 20 | DEBIT CARD PURCHASE | | | 75.60 |
| | ON 02/20 AT TIKTOK SHOP | CULVER CITY | CA | |
| | ************2699 | | | |
| Feb 21 | DEBIT CARD PURCHASE | | | 44.24 |
| | ON 02/21 AT BP 9330333CROTO | CROTON ON HUD | NY | |



PRIVATE CLIENT GROUP 333
75 HOLLY HILL LANE
GREENWICH, CT 06830

LAURA MARCELA PIGNATARO           8-333
DEBTOR IN POSSESSION
CASE # 22 22276 SHL
7 WATCH HILL RD
CROTON HUDSON NY  10520      999        See Back for Important Information

Primary Account: ▓▓▓▓▓▓▓▓    0

| Date | Description | |
|---|---|---|
| | ************2699 | |
| Feb 22 | DEBIT CARD PURCHASE | 12.27 |
| | ON 02/22 AT USPS PO 3520200028    CROTON ON HUD    NY | |
| | ************2699 | |
| Feb 23 | DEBIT CARD PURCHASE | 22.76 |
| | ON 02/23 AT ROW 13 WINES          CROTON ON HU     NY | |
| | ************2699 | |
| Feb 23 | DEBIT CARD PURCHASE | 24.24 |
| | ON 02/23 AT BP 9330333CROTO       CROTON ON HUD    NY | |
| | ************2699 | |
| Feb 23 | DEBIT CARD PURCHASE | 91.87 |
| | ON 02/23 AT UBER    EATS          SAN FRANCISCO    CA | |
| | ************2699 | |
| Feb 26 | DEBIT CARD PURCHASE | 17.02 |
| | ON 02/26 AT BP 9330333CROTO       CROTON ON HUD    NY | |
| | ************2699 | |
| Feb 26 | DEBIT CARD PURCHASE | 27.91 |
| | ON 02/26 AT ZIO S ITALIAN DELI    CROTON ON HU     NY | |
| | ************2699 | |
| Feb 26 | DEBIT CARD PURCHASE | 35.25 |
| | ON 02/26 AT CVS PHARM 05058  44 MA   CROTON ON HUD    NY | |
| | ************2699 | |
| Feb 26 | POS PURCHASE | 174.98 |
| | ON 02/26 AT ACME 2418             MOHEGAN LAKE     NY | |
| | ************2699 | |
| Feb 27 | DEBIT CARD PURCHASE | 33.46 |
| | ON 02/27 AT CROTON GAS STAT       CROTON ON HU     NY | |
| | ************2699 | |
| Feb 28 | DEBIT CARD PURCHASE | 34.51 |
| | ON 02/28 AT BURGER KING  825   Q07   MOUNT KISCO     NY | |
| | ************2699 | |
| Feb 28 | DEBIT CARD PURCHASE | 71.84 |
| | ON 02/28 AT UBER    EATS          SAN FRANCISCO    CA | |
| | ************2699 | |



PRIVATE CLIENT GROUP 333
75 HOLLY HILL LANE
GREENWICH, CT 06830

LAURA MARCELA PIGNATARO                8-333
DEBTOR IN POSSESSION
CASE # 22 22276 SHL
7 WATCH HILL RD
CROTON HUDSON NY  10520        999            See Back for Important Information

Primary Account: ███████           0

Daily Balances

| Date | Balance | Date | Balance |
|---|---|---|---|
| Jan 31 | 14,027.46 | Feb 14 | 9,759.52 |
| Feb 01 | 7,132.94 | Feb 16 | 9,706.75 |
| Feb 02 | 7,047.44 | Feb 20 | 9,548.17 |
| Feb 05 | 6,484.05 | Feb 21 | 9,503.93 |
| Feb 06 | 6,454.18 | Feb 22 | 9,491.66 |
| Feb 07 | 6,378.33 | Feb 23 | 9,352.79 |
| Feb 08 | 6,227.30 | Feb 26 | 9,097.63 |
| Feb 12 | 5,995.17 | Feb 27 | 9,064.17 |
| Feb 13 | 9,783.76 | Feb 28 | 8,957.82 |

```
****************************************************************************
*                          *  Total for This  *      Total            *
*                          *      Period      *   Year-to-date        *
****************************************************************************
* Total Overdraft Fees     *             .00  *              .00      *
****************************************************************************
* Total Returned Item Fees *             .00  *              .00      *
****************************************************************************
```

Feb-24

starting balance $ 14027.46

| Paychecks | | | |
|---|---|---|---|
| 546.46 | | | |
| 563.2 | | | |
| 566.55 | | | |
| 575.78 | Gas | $ | 179.55 |
| 576.57 | Groceries | $ | 360.34 |
| 599.25 | Food | $ | 489.37 |
| 605.92 | Clothing | $ | 249.20 |
| 4033.73 | Medication/CVS | $ | 111.10 |
| | Misc | $ | 215.62 |
| | Alcohol/Tobacco | $ | 102.35 |
| | Payment to Trustee Sam Dawidowi( | | |
| | 20 kings ferry insurance payment | | |
| | Vehicle Insurance | $ | 245.14 |
| | Storage Unit | $ | 269.03 |
| | Payment to Anne Penachio | $ | 6,867.70 |
| | Court Parking | $ | 3.40 |
| | Apple | $ | 10.57 |
| | | $ | 9,103.37 |