**Fill in this information to identify the case:**

Debtor Name: Laura Marcela Pignataro

United States Bankruptcy Court for the: Southern District of New York

Case number: 22-22276

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11         12/17

Month: March 2024                                    Date report filed: 10/14/2024
                                                                       MM / DD / YYYY

Line of business: Small Business                     NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Laura Marcela Pignataro

Original signature of responsible party: /S/Laura Marcela Pignataro

Printed name of responsible party: Laura Marcela Pignataro

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|----------|-----|----|----|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☑ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☑ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|----------|-----|----|----|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name Laura Marcela Pignataro     Case number 22-22276

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☐ ☑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 8,957.82

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ 0.00

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    − $ 1,659.96

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 1,659.96

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ 10,617.78

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ 0.00

    *(Exhibit E)*

Debtor Name Laura Marcela Pignataro  Case number 22-22276

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**  $ _____ 0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?  0
27. What is the number of employees as of the date of this monthly report?  0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?  $ _____ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _____ 0.00
30. How much have you paid this month in other professional fees?  $ _____ 0.00
31. How much have you paid in total other professional fees since filing the case?  $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | − | *Column B* **Actual** Copy lines 20-22 of this report. | = | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ _____ | − | $ _____ 0.00 | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ 1,659.96 | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ 1,659.96 | = | $ _____ |

35. Total projected cash receipts for the next month:  $ _____
36. Total projected cash disbursements for the next month:  − $ _____
37. Total projected net cash flow for the next month:  = $ _____

Debtor Name Laura Marcela Pignataro  Case number 22-22276

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☐ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- ☐ 39. Bank reconciliation reports for each account.

- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- ☐ 41. Budget, projection, or forecast reports.

- ☐ 42. Project, job costing, or work-in-progress reports.



Statement Period
From March 01, 2024
To March 31, 2024
Page 1 of 4

PRIVATE CLIENT GROUP 333
75 HOLLY HILL LANE
GREENWICH, CT 06830

LAURA MARCELA PIGNATARO          8-333
DEBTOR IN POSSESSION
CASE # 22 22276 SHL
7 WATCH HILL RD
CROTON HUDSON NY  10520    999          See Back for Important Information

Primary Account: ███████    0

IMPORTANT NOTICE: EFFECTIVE AS OF APRIL 15, 2024, FLAGSTAR PRIVATE BANK (THE "BANK") HAS UPDATED ITS PRIVACY NOTICE, CALIFORNIA CONSUMER PRIVACY ACT DISCLOSURE NOTICE, AND ONLINE PRIVACY STATEMENT (COLLECTIVELY, THE "PRIVACY DOCUMENTATION").

THE UPDATED PRIVACY DOCUMENTATION WILL REPLACE ALL PRIVACY DOCUMENTATION IN EFFECT PRIOR TO APRIL 15, 2024. ON OR AFTER APRIL 15, 2024, PLEASE VISIT HTTPS://WWW.FLAGSTAR.COM/PRIVATE-BANK/ABOUT-US/AGREEMENTS-AND-DISCLOSURES.HTML TO VIEW THE FULL TEXT OF THE UPDATED PRIVACY DOCUMENTATION.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ███████  BANKRUPTCY CHECKING | 8,957.82 | 7,362.02 |
| RELATIONSHIP           TOTAL | | 7,362.02 |



PRIVATE CLIENT GROUP 333
75 HOLLY HILL LANE
GREENWICH, CT 06830

LAURA MARCELA PIGNATARO            8-333
DEBTOR IN POSSESSION
CASE # 22 22276 SHL
7 WATCH HILL RD
CROTON HUDSON NY   10520        999         See Back for Important Information

Primary Account:                    0

BANKRUPTCY CHECKING

## Summary

| | |
|---|---:|
| Previous Balance as of March   01, 2024 | 8,957.82 |
| 1 Credits | 37.82 |
| 26 Debits | 1,633.62 |
| Ending Balance as of   March   31, 2024 | 7,362.02 |

## Deposits and Other Credits

| Date | Description | Amount |
|---|---|---:|
| Mar 18 | DEBIT CARD REFUND<br>ON 03/18 AT TIKTOK SHOP         6505840896     CA<br>************2699 | 37.82 |

## Withdrawals and Other Debits

| Date | Description | Amount |
|---|---|---:|
| Mar 04 | DEBIT CARD PURCHASE<br>ON 03/04 AT OPC INS SERVICE FEE 02     ELKHORN      NE<br>************2699 | 7.14 |
| Mar 04 | DEBIT CARD PURCHASE<br>ON 03/04 AT OCEAN STATE 503           FISHKILL     NY<br>************2699 | 40.07 |
| Mar 04 | DEBIT CARD PURCHASE<br>ON 03/04 AT OPC INTEGON NATL INS C    BETHPAGE     NY<br>************2699 | 238.00 |
| Mar 04 | DEBIT CARD PURCHASE<br>ON 03/04 AT PUBLIC STORAGE 10600      800 567 0759  CA<br>************2699 | 279.00 |
| Mar 05 | POS PURCHASE<br>ON 03/05 AT CVS PHARM 05058  44 MA    CROTON ON HUD  NY<br>************2699 | 63.51 |
| Mar 05 | DEBIT CARD PURCHASE<br>ON 03/05 AT VAPE N CIGAR FISHKILL     FISHKILL     NY<br>************2699 | 75.58 |
| Mar 06 | DEBIT CARD PURCHASE<br>ON 03/06 AT BP 1824341CROTO          CROTON ON HUD  NY | 34.37 |



Statement Period
From March   01, 2024
To   March   31, 2024
Page   3 of    4

PRIVATE CLIENT GROUP 333
75 HOLLY HILL LANE
GREENWICH, CT 06830

LAURA MARCELA PIGNATARO            8-333
DEBTOR IN POSSESSION
CASE # 22 22276 SHL
7 WATCH HILL RD
CROTON HUDSON NY  10520      999          See Back for Important Information

Primary Account: ▮▮▮▮▮▮▮    0

| Date | Description | Amount |
|---|---|---:|
| | *************2699 | |
| Mar 11 | DEBIT CARD PURCHASE<br>ON 03/11 AT APPLE COM BILL        CUPERTINO     CA | 2.16 |
| | *************2699 | |
| Mar 11 | DEBIT CARD PURCHASE<br>ON 03/11 AT UBER    EATS          8005928996    CA | 36.77 |
| | *************2699 | |
| Mar 12 | DEBIT CARD PURCHASE<br>ON 03/12 AT UBER    EATS          8005928996    CA | 39.59 |
| | *************2699 | |
| Mar 12 | NON-US DEBIT CARD PURC<br>ON 03/12 AT DHGATE COM          20240311 020  GBR | 94.87 |
| | *************2699 | |
| Mar 13 | POS PURCHASE<br>ON 03/13 AT CVS PHARM 05058  44 MA    CROTON ON HUD  NY | 57.78 |
| | *************2699 | |
| Mar 13 | DEBIT CARD PURCHASE<br>ON 03/13 AT TIKTOK SHOP          6505840896    CA | 74.57 |
| | *************2699 | |
| Mar 13 | POS PURCHASE<br>ON 03/13 AT SHOPRITE CROTON S1 SOU    CROTON ON HUD  NY | 107.91 |
| | *************2699 | |
| Mar 19 | DEBIT CARD PURCHASE<br>ON 03/19 AT UBER    EATS          SAN FRANCISCO CA | 74.17 |
| | *************2699 | |
| Mar 20 | DEBIT CARD PURCHASE<br>ON 03/20 AT ROW 13 WINES         CROTON ON HU   NY | 22.76 |
| | *************2699 | |
| Mar 21 | DEBIT CARD PURCHASE<br>ON 03/21 AT AMAZON COM R60QS6R71   SEATTLE       WA | 48.60 |
| | *************2699 | |
| Mar 21 | POS PURCHASE<br>ON 03/21 AT CVS PHARM 05058  44 MA    CROTON ON HUD  NY | 53.37 |
| | *************2699 | |
| Mar 25 | DEBIT CARD PURCHASE<br>ON 03/25 AT AMAZON COM RH6ZM41U1   SEATTLE       WA | 17.33 |
| | *************2699 | |
| Mar 25 | POS PURCHASE<br>ON 03/25 AT SHOPRITE CROTON S1 SOU    CROTON ON HUD  NY | 117.07 |



PRIVATE CLIENT GROUP 333
75 HOLLY HILL LANE
GREENWICH, CT 06830

LAURA MARCELA PIGNATARO                     8-333
DEBTOR IN POSSESSION
CASE # 22 22276 SHL
7 WATCH HILL RD
CROTON HUDSON NY  10520         999          See Back for Important Information

Primary Account: ███████         0

| Date | Description | |
|---|---|---|
| | ************2699 | |
| Mar 25 | AUTOMATED PAYMENT    ck/ref no.   6726553 | 15.00 |
| | VENMO        PAYMENT     1033316715432 | |
| Mar 27 | DEBIT CARD PURCHASE | 22.73 |
| | ON 03/27 AT FOODTOWN 606      CROTON ON  HU   NY | |
| | ************2699 | |
| Mar 27 | DEBIT CARD PURCHASE | 44.70 |
| | ON 03/27 AT CROTON GAS STAT   CROTON ON HU    NY | |
| | ************2699 | |
| Mar 28 | DEBIT CARD PURCHASE | 2.99 |
| | ON 03/28 AT APPLE COM BILL    866 712 7753    CA | |
| | ************2699 | |
| Mar 28 | DEBIT CARD PURCHASE | 7.58 |
| | ON 03/28 AT APPLE COM BILL    866 712 7753    CA | |
| | ************2699 | |
| Mar 29 | DEBIT CARD PURCHASE | 56.00 |
| | ON 03/29 AT UBER    EATS      SAN FRANCISCO   CA | |
| | ************2699 | |

Daily Balances

| | | | | |
|---|---|---|---|---|
| Feb 29 | 8,957.82 | | Mar 19 | 7,770.15 |
| Mar 04 | 8,393.61 | | Mar 20 | 7,747.39 |
| Mar 05 | 8,254.52 | | Mar 21 | 7,645.42 |
| Mar 06 | 8,220.15 | | Mar 25 | 7,496.02 |
| Mar 11 | 8,181.22 | | Mar 27 | 7,428.59 |
| Mar 12 | 8,046.76 | | Mar 28 | 7,418.02 |
| Mar 13 | 7,806.50 | | Mar 29 | 7,362.02 |
| Mar 18 | 7,844.32 | | | |

```
**************************************************************************
*                          *  Total for This  *     Total              *
*                          *      Period      *   Year-to-date         *
**************************************************************************
* Total Overdraft Fees     *             .00  *              .00       *
**************************************************************************
* Total Returned Item Fees *             .00  *              .00       *
**************************************************************************
```

Mar-24

starting balance $ 8957.82

| Paychecks |
|---|
|  |
|  |
|  |
|  |
|  |
|  |
| 0 |

| | | |
|---|---|---|
| Gas | $ | 79.07 |
| Groceries | $ | 247.71 |
| Food | $ | 206.53 |
| Clothing | $ | 202.78 |
| Medication/CVS | $ | 174.66 |
| Misc | $ | 106.00 |
| Alcohol/Tobacco | $ | 98.34 |
| Payment to Trustee Sam Dawidowi( | | |
| 20 kings ferry insurance payment | | |
| Vehicle Insurance | $ | 245.14 |
| Storage Unit | $ | 279.00 |
| Payment to Anne Penachio | | |
| Venmo | $ | 15.00 |
| Apple | $ | 5.73 |
| | $ | 1,659.96 |