**Fill in this information to identify the case:**

Debtor Name: Laura Marcela Pignataro

United States Bankruptcy Court for the: Southern District of New York

Case number: 22-22276

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11     12/17

Month: April 2024                                Date report filed: 10/14/2024
                                                                   MM / DD / YYYY
Line of business: Small Business                 NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Laura Marcela Pignataro

Original signature of responsible party: /S/Laura Marcela Pignataro

Printed name of responsible party: Laura Marcela Pignataro

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☑ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☑ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Laura Marcela Pignataro          Case number 22-22276

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☐ ☑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 9,361.66

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 4,098.15

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    − $ 2,100.62

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 1,602.47

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ 10,964.13

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**         $ 0.00

    *(Exhibit E)*

Debtor Name Laura Marcela Pignataro      Case number 22-22276

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                           $ _____0.00_____

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                           _____0_____
27. What is the number of employees as of the date of this monthly report?              _____0_____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?         $ _____0.00_____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____0.00_____
30. How much have you paid this month in other professional fees?                                    $ _____0.00_____
31. How much have you paid in total other professional fees since filing the case?                   $ _____0.00_____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|   | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ _____ | − | $ __4,098.15__ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ __2,100.62__ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ __1,602.47__ | = | $ _____ |

35. Total projected cash receipts for the next month:                    $ _____
36. Total projected cash disbursements for the next month:             − $ _____
37. Total projected net cash flow for the next month:                  = $ _____

# 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☐ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- ☐ 39. Bank reconciliation reports for each account.

- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- ☐ 41. Budget, projection, or forecast reports.

- ☐ 42. Project, job costing, or work-in-progress reports.



PRIVATE CLIENT GROUP 333
75 HOLLY HILL LANE
GREENWICH, CT 06830

LAURA MARCELA PIGNATARO 8-333
DEBTOR IN POSSESSION
CASE # 22 22276 SHL
7 WATCH HILL RD
CROTON HUDSON NY 10520 999          See Back for Important Information

Primary Account: ▓▓▓▓▓▓▓▓   0

IMPORTANT NOTICE: EFFECTIVE AS OF APRIL 15, 2024, FLAGSTAR PRIVATE BANK (THE "BANK") HAS UPDATED ITS PRIVACY NOTICE, CALIFORNIA CONSUMER PRIVACY ACT DISCLOSURE NOTICE, AND ONLINE PRIVACY STATEMENT (COLLECTIVELY, THE "PRIVACY DOCUMENTATION").

THE UPDATED PRIVACY DOCUMENTATION WILL REPLACE ALL PRIVACY DOCUMENTATION IN EFFECT PRIOR TO APRIL 15, 2024. ON OR AFTER APRIL 15, 2024, PLEASE VISIT HTTPS://WWW.FLAGSTAR.COM/PRIVATE-BANK/ABOUT-US/AGREEMENTS-AND-DISCLOSURES.HTML TO VIEW THE FULL TEXT OF THE UPDATED PRIVACY DOCUMENTATION.

| Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ▓▓▓▓▓▓ BANKRUPTCY CHECKING | 7,362.02 | 9,361.66 |
| RELATIONSHIP TOTAL | | 9,361.66 |



PRIVATE CLIENT GROUP 333
75 HOLLY HILL LANE
GREENWICH, CT 06830

LAURA MARCELA PIGNATARO          8-333
DEBTOR IN POSSESSION
CASE # 22 22276 SHL
7 WATCH HILL RD
CROTON HUDSON NY  10520      999        See Back for Important Information

Primary Account: █████████         0

BANKRUPTCY CHECKING     ████████

## Summary

| | |
|---|---:|
| Previous Balance as of April    01, 2024 | 7,362.02 |
|      7 Credits | 4,100.26 |
|     38 Debits | 2,100.62 |
| Ending Balance as of   April    30, 2024 | 9,361.66 |

## Deposits and Other Credits

| Date | Description | Amount |
|---|---|---:|
| Apr 11 | DEBIT CARD REFUND<br>ON 04/11 AT TIKTOK SHOP          CULVER CITY     CA<br>*************2699 | 2.11 |
| Apr 15 | MOBILE DEPOSIT | 557.89 |
| Apr 15 | MOBILE DEPOSIT | 565.74 |
| Apr 15 | MOBILE DEPOSIT | 663.48 |
| Apr 15 | MOBILE DEPOSIT | 667.39 |
| Apr 15 | MOBILE DEPOSIT | 815.96 |
| Apr 15 | MOBILE DEPOSIT | 827.69 |

## Withdrawals and Other Debits

| Date | Description | Amount |
|---|---|---:|
| Apr 01 | DEBIT CARD PURCHASE<br>ON 04/01 AT AMAZON COM RA5DE08K1     SEATTLE         WA<br>*************2699 | 14.63 |
| Apr 01 | DEBIT CARD PURCHASE<br>ON 04/01 AT BP 9330333CROTO          CROTON ON HUD   NY<br>*************2699 | 30.72 |
| Apr 01 | DEBIT CARD PURCHASE<br>ON 04/01 AT AMAZON COM RA6488BL1     SEATTLE         WA<br>*************2699 | 62.99 |
| Apr 01 | POS PURCHASE<br>ON 04/01 AT FOODTOWN 606          CROTON ON  HU   NY<br>*************2699 | 98.97 |
| Apr 02 | DEBIT CARD PURCHASE<br>ON 04/02 AT AMAZON COM RA98M1SC1     SEATTLE         WA | 14.63 |



Statement Period
From April   01, 2024
To   April   30, 2024
Page    3 of    6

PRIVATE CLIENT GROUP 333
75 HOLLY HILL LANE
GREENWICH, CT 06830

LAURA MARCELA PIGNATARO           8-333
DEBTOR IN POSSESSION
CASE # 22 22276 SHL
7 WATCH HILL RD
CROTON HUDSON NY  10520       999            See Back for Important Information

Primary Account: ▇▇▇▇▇▇▇              0

| Date | Description | Amount |
|---|---|---|
| | *************2699 | |
| Apr 02 | POS PURCHASE | 46.98 |
| | ON 04/02 AT CVS PHARM 05058  44 MA     CROTON ON HUD   NY | |
| | *************2699 | |
| Apr 02 | DEBIT CARD PURCHASE | 79.32 |
| | ON 04/02 AT TIKTOK SHOP               CULVER CITY     CA | |
| | *************2699 | |
| Apr 03 | DEBIT CARD PURCHASE | 70.16 |
| | ON 04/03 AT UBER   EATS               SAN FRANCISCO   CA | |
| | *************2699 | |
| Apr 03 | DEBIT CARD PURCHASE | 279.00 |
| | ON 04/03 AT PUBLIC STORAGE 10600      800 567 0759    CA | |
| | *************2699 | |
| Apr 05 | DEBIT CARD PURCHASE | 22.39 |
| | ON 04/05 AT BP 1824341CROTO           CROTON ON HUD   NY | |
| | *************2699 | |
| Apr 08 | DEBIT CARD PURCHASE | 2.16 |
| | ON 04/08 AT APPLE COM BILL            866 712 7753    CA | |
| | *************2699 | |
| Apr 08 | DEBIT CARD PURCHASE | 12.76 |
| | ON 04/08 AT DUNKIN  352074 Q35        CROTON ON HU    NY | |
| | *************2699 | |
| Apr 08 | DEBIT CARD PURCHASE | 24.06 |
| | ON 04/08 AT MONTROSE SNACK S          MONTROSE        NY | |
| | *************2699 | |
| Apr 08 | POS PURCHASE | 110.54 |
| | ON 04/08 AT ACME 2418                 MOHEGAN LAKE    NY | |
| | *************2699 | |
| Apr 08 | AUTOMATED PAYMENT    ck/ref no.   8214246 | 80.00 |
| | VENMO           PAYMENT       1033605609478 | |
| Apr 09 | DEBIT CARD PURCHASE | 13.01 |
| | ON 04/09 AT CROTON GAS STAT           CROTON ON HU    NY | |
| | *************2699 | |
| Apr 12 | DEBIT CARD PURCHASE | 2.99 |
| | ON 04/12 AT APPLE COM BILL            866 712 7753    CA | |
| | *************2699 | |
| Apr 15 | DEBIT CARD PURCHASE | 78.37 |
| | ON 04/15 AT UBER   EATS               SAN FRANCISCO   CA | |
| | *************2699 | |



PRIVATE CLIENT GROUP 333
75 HOLLY HILL LANE
GREENWICH, CT 06830

LAURA MARCELA PIGNATARO 8-333
DEBTOR IN POSSESSION
CASE # 22 22276 SHL
7 WATCH HILL RD
CROTON HUDSON NY  10520      999           See Back for Important Information

Primary Account: ▓▓▓▓▓▓     0

| Date | Description | Amount |
|---|---|---|
| Apr 15 | POS PURCHASE<br>ON 04/15 AT SHOPRITE CROTON S1 SOU    CROTON ON HUD   NY<br>*************2699 | 89.28 |
| Apr 17 | DEBIT CARD PURCHASE<br>ON 04/17 AT AMAZON COM 8E8M615P3    SEATTLE         WA<br>*************2699 | 34.85 |
| Apr 17 | DEBIT CARD PURCHASE<br>ON 04/17 AT CVS PHARM 05058  44 MA   CROTON ON HUD   NY<br>*************2699 | 50.28 |
| Apr 19 | DEBIT CARD PURCHASE<br>ON 04/19 AT BP 9330333CROTO         CROTON ON HUD   NY<br>*************2699 | 12.11 |
| Apr 22 | DEBIT CARD PURCHASE<br>ON 04/22 AT BP 1824341CROTO         CROTON ON HUD   NY<br>*************2699 | 8.75 |
| Apr 22 | DEBIT CARD PURCHASE<br>ON 04/22 AT GIANFRANCO PIZZA       WHITE PLAINS    NY<br>*************2699 | 18.54 |
| Apr 22 | DEBIT CARD PURCHASE<br>ON 04/22 AT BP 1824341CROTO         CROTON ON HUD   NY<br>*************2699 | 37.22 |
| Apr 22 | NON-US DEBIT CARD PURC<br>ON 04/22 AT BUY    MACORNER CO    LIVERPOOL       GBR<br>*************2699 | 41.93 |
| Apr 22 | DEBIT CARD PURCHASE<br>ON 04/22 AT AMAZON COM 1M8280PS3    SEATTLE         WA<br>*************2699 | 88.16 |
| Apr 23 | DEBIT CARD PURCHASE<br>ON 04/23 AT ROW 13 WINES            CROTON ON HU    NY<br>*************2699 | 30.89 |
| Apr 24 | DEBIT CARD PURCHASE<br>ON 04/24 AT UBER    EATS            SAN FRANCISCO   CA<br>*************2699 | 56.00 |
| Apr 25 | DEBIT CARD PURCHASE<br>ON 04/25 AT WHITE PLAINS PARK DPT   WHITE PLAINS    NY<br>*************2699 | 3.00 |
| Apr 25 | DEBIT CARD PURCHASE<br>ON 04/25 AT AMAZON COM 1O7ZK7CL3    SEATTLE         WA<br>*************2699 | 106.82 |



PRIVATE CLIENT GROUP 333
75 HOLLY HILL LANE
GREENWICH, CT 06830

LAURA MARCELA PIGNATARO         8-333
DEBTOR IN POSSESSION
CASE # 22 22276 SHL
7 WATCH HILL RD
CROTON HUDSON NY  10520       999        See Back for Important Information

Primary Account: ███████                 0

| Date | Description | Amount |
|---|---|---|
| Apr 26 | DEBIT CARD PURCHASE ON 04/26 AT BP 1824341CROTO      CROTON ON HUD   NY ************2699 | 22.39 |
| Apr 29 | DEBIT CARD PURCHASE ON 04/29 AT APPLE COM BILL        CUPERTINO       CA ************2699 | 7.58 |
| Apr 29 | DEBIT CARD PURCHASE ON 04/29 AT AMAZON COM 2N9I641Z3   SEATTLE         WA ************2699 | 39.50 |
| Apr 29 | NON-US DEBIT CARD PURC ON 04/29 AT BUY   MACORNER CO   LIVERPOOL       GBR ************2699 | 41.93 |
| Apr 29 | POS PURCHASE ON 04/29 AT SHOPRITE CROTON S1 SOU    CROTON ON HUD   NY ************2699 | 100.67 |
| Apr 29 | DEBIT CARD PURCHASE ON 04/29 AT AIRPORTPARKINGRESERVAT   8007275464    IL ************2699 | 110.04 |
| Apr 29 | AUTOMATED PAYMENT    ck/ref no.   183023 VENMO          PAYMENT     1034017552799 | 157.00 |

Daily Balances

| Date | Balance | Date | Balance |
|---|---|---|---|
| Mar 31 | 7,362.02 | Apr 15 | 10,329.32 |
| Apr 01 | 7,154.71 | Apr 17 | 10,244.19 |
| Apr 02 | 7,013.78 | Apr 19 | 10,232.08 |
| Apr 03 | 6,664.62 | Apr 22 | 10,037.48 |
| Apr 05 | 6,642.23 | Apr 23 | 10,006.59 |
| Apr 08 | 6,412.71 | Apr 24 | 9,950.59 |
| Apr 09 | 6,399.70 | Apr 25 | 9,840.77 |
| Apr 11 | 6,401.81 | Apr 26 | 9,818.38 |
| Apr 12 | 6,398.82 | Apr 29 | 9,361.66 |



PRIVATE CLIENT GROUP 333
75 HOLLY HILL LANE
GREENWICH, CT 06830

LAURA MARCELA PIGNATARO                    8-333
DEBTOR IN POSSESSION
CASE # 22 22276 SHL
7 WATCH HILL RD
CROTON HUDSON NY  10520         999           See Back for Important Information

Primary Account: ▮▮▮▮▮▮▮▮        0

```
**************************************************************************
*                          *   Total for This   *      Total              *
*                          *        Period      *   Year-to-date          *
**************************************************************************
* Total Overdraft Fees     *              .00   *              .00        *
**************************************************************************
* Total Returned Item Fees *              .00   *              .00        *
**************************************************************************
```

Apr-24

starting balance $ 9,361.66

| Paychecks |
|---|
| 557.89 |
| 565.74 |
| 663.48 |
| 667.39 |
| 815.96 |
| 827.69 |
| |
| 4098.15 |

| | | |
|---|---|---|
| Gas | $ | 114.39 |
| Groceries | $ | 399.46 |
| Food | $ | 269.70 |
| Clothing | $ | 230.47 |
| Medication/CVS | $ | 97.26 |
| Misc | $ | 404.33 |
| Alcohol/Tobacco | $ | 53.28 |
| Court Parking | $ | 3.00 |
| 20 kings ferry insurance payment | | |
| Vehicle Insurance | | |
| Storage Unit | $ | 279.00 |
| **Child Support ( Venmo)** | $ | 157.00 |
| Venmo | $ | 80.00 |
| Apple | $ | 12.73 |
| | $ | 2,100.62 |