**Fill in this information to identify the case:**

Debtor Name: Laura Marcela Pignataro

United States Bankruptcy Court for the: Southern District of New York

Case number: 22-22276

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: May 2024

Date report filed: 10/14/2024 (MM / DD / YYYY)

Line of business: Small Business

NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Laura Marcela Pignataro

Original signature of responsible party: /S/Laura Marcela Pignataro

Printed name of responsible party: Laura Marcela Pignataro

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☑ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☑ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name Laura Marcela Pignataro    Case number 22-22276

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☐ ☑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 9,361.66

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 0.00

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    − $ 3,017.20

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ _____

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ _____

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    *(Exhibit E)*

    $ 0.00

Debtor Name Laura Marcela Pignataro    Case number 22-22276

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**    $ _____ 0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?    0
27. What is the number of employees as of the date of this monthly report?    0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ _____ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ _____ 0.00
30. How much have you paid this month in other professional fees?    $ _____ 0.00
31. How much have you paid in total other professional fees since filing the case?    $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ _____ | − | $ _____ 0.00 | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ 3,017.20 | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:    $ _____
36. Total projected cash disbursements for the next month:    − $ _____
37. Total projected net cash flow for the next month:    = $ _____

Debtor Name Laura Marcela Pignataro    Case number 22-22276

# 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☐ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- ☐ 39. Bank reconciliation reports for each account.

- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- ☐ 41. Budget, projection, or forecast reports.

- ☐ 42. Project, job costing, or work-in-progress reports.



PRIVATE CLIENT GROUP 333
75 HOLLY HILL LANE
GREENWICH, CT 06830

LAURA MARCELA PIGNATARO         8-333
DEBTOR IN POSSESSION
CASE # 22 22276 SHL
7 WATCH HILL RD
CROTON HUDSON NY  10520    999         See Back for Important Information

Primary Account: ▮▮▮▮▮▮▮▮    0

IMPORTANT NOTICE: EFFECTIVE AS OF APRIL 15, 2024, FLAGSTAR PRIVATE BANK (THE "BANK") HAS UPDATED ITS PRIVACY NOTICE, CALIFORNIA CONSUMER PRIVACY ACT DISCLOSURE NOTICE, AND ONLINE PRIVACY STATEMENT (COLLECTIVELY, THE "PRIVACY DOCUMENTATION").

THE UPDATED PRIVACY DOCUMENTATION WILL REPLACE ALL PRIVACY DOCUMENTATION IN EFFECT PRIOR TO APRIL 15, 2024. ON OR AFTER APRIL 15, 2024, PLEASE VISIT HTTPS://WWW.FLAGSTAR.COM/PRIVATE-BANK/ABOUT-US/AGREEMENTS-AND-DISCLOSURES.HTML TO VIEW THE FULL TEXT OF THE UPDATED PRIVACY DOCUMENTATION.

| Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ▮▮▮▮▮  BANKRUPTCY CHECKING | 9,361.66 | 6,345.46 |
| RELATIONSHIP    TOTAL | | 6,345.46 |



PRIVATE CLIENT GROUP 333
75 HOLLY HILL LANE
GREENWICH, CT 06830

LAURA MARCELA PIGNATARO 8-333
DEBTOR IN POSSESSION
CASE # 22 22276 SHL
7 WATCH HILL RD
CROTON HUDSON NY 10520     999

See Back for Important Information

Primary Account: ▉▉▉▉▉▉▉▉ 0

BANKRUPTCY CHECKING ▉▉▉▉▉▉▉▉

## Summary

| | |
|---|---:|
| Previous Balance as of May 01, 2024 | 9,361.66 |
| 39 Debits | 3,016.20 |
| Ending Balance as of May 31, 2024 | 6,345.46 |

## Withdrawals and Other Debits

| Date | Description | Amount |
|---|---|---:|
| May 01 | DEBIT CARD PURCHASE ON 05/01 AT UBER EATS   SAN FRANCISCO CA   ************2699 | 56.00 |
| May 01 | DEBIT CARD PURCHASE ON 05/01 AT TIXBILL   8662376204   CT   ************2699 | 695.39 |
| May 03 | DEBIT CARD PURCHASE ON 05/03 AT CROTON GAS STAT   CROTON ON HU   NY   ************2699 | 39.91 |
| May 06 | DEBIT CARD PURCHASE ON 05/06 AT USPS PO 3501140029   CROTON ON HUD   NY   ************2699 | 9.85 |
| May 06 | DEBIT CARD PURCHASE ON 05/06 AT OCEAN STATE 503   FISHKILL   NY   ************2699 | 53.42 |
| May 06 | NON-US DEBIT CARD PURC ON 05/06 AT WWW DHGATE COM   PARIS   FRA   ************2699 | 113.42 |
| May 06 | POS PURCHASE ON 05/06 AT STOP  SHOP 0521 1831   PEEKSKILL   NY   ************2699 | 125.88 |
| May 06 | AUTOMATED PAYMENT   ck/ref no.  1002636   VENMO   PAYMENT   1034172605151 | 157.00 |
| May 07 | DEBIT CARD PURCHASE ON 05/07 AT PY  SPARE CUBE   PEEKSKILL   NY   ************2699 | 264.00 |



PRIVATE CLIENT GROUP 333  
75 HOLLY HILL LANE  
GREENWICH, CT 06830

LAURA MARCELA PIGNATARO           8-333  
DEBTOR IN POSSESSION  
CASE # 22 22276 SHL  
7 WATCH HILL RD  
CROTON HUDSON NY  10520       999           See Back for Important Information

Primary Account: ▮▮▮▮           0

| Date | Description | Amount |
|---|---|---:|
| May 08 | DEBIT CARD PURCHASE<br>ON 05/08 AT CROTON GAS STAT    CROTON ON HU    NY<br>************2699 | 16.25 |
| May 08 | DEBIT CARD PURCHASE<br>ON 05/08 AT AMAZON COM XB8NC7LP3    SEATTLE    WA<br>************2699 | 43.41 |
| May 08 | DEBIT CARD PURCHASE<br>ON 05/08 AT UBER   EATS    SAN FRANCISCO CA<br>************2699 | 64.74 |
| May 09 | DEBIT CARD PURCHASE<br>ON 05/09 AT APPLE COM BILL    866 712 7753    CA<br>************2699 | 2.16 |
| May 09 | DEBIT CARD PURCHASE<br>ON 05/09 AT VAN WYCK LIQUORS    CROTON ON HU    NY<br>************2699 | 25.96 |
| May 10 | DEBIT CARD PURCHASE<br>ON 05/10 AT APPLE COM BILL    866 712 7753    CA<br>************2699 | 10.99 |
| May 13 | DEBIT CARD PURCHASE<br>ON 05/13 AT APPLE COM BILL    866 712 7753    CA<br>************2699 | 2.99 |
| May 13 | DEBIT CARD PURCHASE<br>ON 05/13 AT DUNKIN  352074 Q35    CROTON ON HU    NY<br>************2699 | 13.30 |
| May 13 | DEBIT CARD PURCHASE<br>ON 05/13 AT BURGER KING  2379  Q07    PEEKSKILL    NY<br>************2699 | 21.64 |
| May 13 | DEBIT CARD PURCHASE<br>ON 05/13 AT CROTON GAS STAT    CROTON ON HU    NY<br>************2699 | 25.10 |
| May 13 | DEBIT CARD PURCHASE<br>ON 05/13 AT BP 9330333CROTO    CROTON ON HUD    NY<br>************2699 | 40.03 |
| May 13 | AUTOMATED PAYMENT    ck/ref no.   1727977<br>VENMO           PAYMENT     1034317810635 | 157.00 |
| May 15 | DEBIT CARD PURCHASE<br>ON 05/15 AT CROTON GAS STAT    CROTON ON HU    NY<br>************2699 | 39.70 |
| May 15 | POS PURCHASE<br>ON 05/15 AT CVS PHARM 05058  44 MA    CROTON ON HUD    NY | 87.74 |



PRIVATE CLIENT GROUP 333
75 HOLLY HILL LANE
GREENWICH, CT 06830

LAURA MARCELA PIGNATARO           8-333
DEBTOR IN POSSESSION
CASE # 22 22276 SHL
7 WATCH HILL RD
CROTON HUDSON NY  10520        999         See Back for Important Information

Primary Account: ▇▇▇▇▇▇▇▇   0

| Date | Description | Amount |
|---|---|---:|
| | ************2699 | |
| May 15 | DEBIT CARD PURCHASE<br>ON 05/15 AT FOODTOWN 606        CROTON ON  HU   NY<br>************2699 | 91.40 |
| May 20 | DEBIT CARD PURCHASE<br>ON 05/20 AT CROTON GAS STAT     CROTON ON HU    NY<br>************2699 | 27.74 |
| May 20 | DEBIT CARD PURCHASE<br>ON 05/20 AT AVELLINO S           MONTROSE        NY<br>************2699 | 66.42 |
| May 20 | POS PURCHASE<br>ON 05/20 AT FOODTOWN 606        CROTON ON  HU   NY<br>************2699 | 106.53 |
| May 20 | AUTOMATED PAYMENT    ck/ref no.   2383467<br>VENMO          PAYMENT      1034460400895 | 157.00 |
| May 21 | DEBIT CARD PURCHASE<br>ON 05/21 AT SHEIN COM             0000000000     CA<br>************2699 | 58.69 |
| May 22 | DEBIT CARD PURCHASE<br>ON 05/22 AT CVS PHARM 05058  44 MA     CROTON ON HUD    NY<br>************2699 | 24.94 |
| May 23 | DEBIT CARD PURCHASE<br>ON 05/23 AT BP 9330333CROTO      CROTON ON HUD    NY<br>************2699 | 21.11 |
| May 28 | DEBIT CARD PURCHASE<br>ON 05/28 AT APPLE COM BILL       CUPERTINO       CA<br>************2699 | 7.58 |
| May 28 | DEBIT CARD PURCHASE<br>ON 05/28 AT ROW 13 WINES         CROTON ON  HU   NY<br>************2699 | 22.76 |
| May 28 | DEBIT CARD PURCHASE<br>ON 05/28 AT CROTON GAS STAT      CROTON ON  HU   NY<br>************2699 | 46.16 |
| May 28 | AUTOMATED PAYMENT    ck/ref no.   2998131<br>VENMO          PAYMENT      1034600112186 | 157.00 |
| May 29 | DEBIT CARD PURCHASE<br>ON 05/29 AT UBER    EATS         SAN FRANCISCO   CA<br>************2699 | 32.06 |



Statement Period
From May     01, 2024
To   May     31, 2024
Page    5 of    5

PRIVATE CLIENT GROUP 333
75 HOLLY HILL LANE
GREENWICH, CT 06830

LAURA MARCELA PIGNATARO    8-333
DEBTOR IN POSSESSION
CASE # 22 22276 SHL
7 WATCH HILL RD
CROTON HUDSON NY 10520    999    See Back for Important Information

Primary Account: ███    0

| Date | Description | Amount |
|---|---|---|
| May 30 | DEBIT CARD PURCHASE<br>ON 05/30 AT CROTON GAS STAT    CROTON ON HU    NY<br>************2699 | 29.80 |
| May 31 | DEBIT CARD PURCHASE<br>ON 05/31 AT AMAZON COM WB26Y48L3    SEATTLE    WA<br>************2699 | 19.63 |
| May 31 | POS PURCHASE<br>ON 05/31 AT CVS PHARM 05058  44 MA    CROTON ON HUD    NY<br>************2699 | 81.50 |

Daily Balances

| Date | Balance | Date | Balance |
|---|---|---|---|
| Apr 30 | 9,361.66 | May 15 | 7,204.38 |
| May 01 | 8,610.27 | May 20 | 6,846.69 |
| May 03 | 8,570.36 | May 21 | 6,788.00 |
| May 06 | 8,110.79 | May 22 | 6,763.06 |
| May 07 | 7,846.79 | May 23 | 6,741.95 |
| May 08 | 7,722.39 | May 28 | 6,508.45 |
| May 09 | 7,694.27 | May 29 | 6,476.39 |
| May 10 | 7,683.28 | May 30 | 6,446.59 |
| May 13 | 7,423.22 | May 31 | 6,345.46 |

```
**********************************************************************
*                          *  Total for This  *     Total            *
*                          *      Period      *  Year-to-date        *
**********************************************************************
* Total Overdraft Fees     *            .00   *              .00    *
**********************************************************************
* Total Returned Item Fees *            .00   *              .00    *
**********************************************************************
```

May-24

starting balance $ 9361.66

| Paychecks |
|---|
|  |
|  |
|  |
|  |
|  |
|  |
| 0 |

| | | |
|---|---|---|
| Gas | $ | 285.80 |
| Groceries | $ | 323.81 |
| Food | $ | 254.16 |
| Clothing | $ | 225.53 |
| Medication/CVS | $ | 194.18 |
| Misc | $ | 769.28 |
| Alcohol/Tobacco | $ | 48.72 |
| Court Parking | | |
| 20 kings ferry insurance payment | | |
| Vehicle Insurance | | |
| Storage Unit | $ | 264.00 |
| **Child Support ( Venmo)** | $ | 628.00 |
| Venmo | | |
| Apple | $ | 23.72 |
| | $ | 3,017.20 |