UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ x
                                              :
In re:                                        :    Chapter 7
                                              :    Case No.  22-22276 (SHL)
LAURA MARCELA PIGNATARO,                      :
                                              :
                    Debtor(s).                x
-----------------------------------------------
```

## STIPULATION AND ORDER
## EXTENDING TRUSTEE'S AND UNITED STATES
## TRUSTEE'S TIME TO OBJECT TO THE DEBTOR'S DISCHARGE,
## EXEMPTIONS AND/OR FILE MOTION UNDER 11 U.S.C. § 707(b)

IT IS HEREBY STIPULATED AND AGREED by and among the Debtor, the Trustee and the United States Trustee as follows:

1. The time period within which the Trustee and the United States Trustee may object to the Debtor's discharge pursuant to 11 U.S.C. § 727; and/or object to exemptions pursuant to Federal Rule of Bankruptcy Procedure 4003(b); and/or the United States Trustee's time to file a motion pursuant to 11 U.S.C. § 707(b) be and are hereby extended to and including April 18, 2025, without prejudice to any further extension of time that the United States Trustee or the Trustee may seek.

2. This stipulation may be executed in counterparts and each such counterpart together with the others shall constitute one and the same instrument, and facsimile and scanned signatures herein shall be deemed to be original signatures.

3. The parties hereto consent to the entry of the stipulation as an order in this Chapter 7 case.

| | | |
|---|---|---|
| Dated: | New City, New York<br>December 16, 2024 | DEBTOR/ATTORNEY FOR DEBTOR<br>By:<br><br>/s/ Anne J. Pennachio<br>Name: Anne J. Penachio, Esq.<br>245 Main Street, Suite 450<br>White Plains, NY 10601<br>Tel: 914.946.2889 |
| Dated: | New York, New York<br>December 16, 2024 | HOWARD P. MAGALIFF,<br>Chapter 7 Trustee<br>By:<br><br>/s/ Howard P. Magaliff<br>6 East 43rd Street, 21st Floor<br>New York, NY 10017<br>Tel: 646.453.7851<br>Email: *trustee@r3mlaw.com* |
| Dated: | New York, New York<br>January 8, 2025 | WILLIAM K. HARRINGTON<br>UNITED STATES TRUSTEE<br>By:<br><br>/s/ Paul Schwartzberg<br>Paul Schwartzberg,<br>Trial Attorney<br>Office of the United States Trustee<br>Alexander Hamilton Custom House<br>One Bowling Green, Room 534<br>New York, NY 10004-1408<br>Tel: 212.510.0500 |

SO ORDERED this 10th

day of January 2025

***/s/ Sean H. Lane***
SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE

2

4856-2594-5708, v. 1